## ROTHSCHILD DIGITAL MEDIA INNOVATIONS, LLC, Appellant

v.

## SONY INTERACTIVE ENTERTAINMENT AMERICA, LLC, Gameloft, S.A., Appellees

### 2017-1282

United States Court of Appeals, Federal Circuit.

December 13, 2017

THOMAS K. LANDRY, Carey Rodriguez Milian Gonya, LLP, Washington, DC, argued for appellant. Also represented by JOHN C. CAREY, Miami, FL.

ABRAN J. KEAN, Erise IP, Greenwood Village, CO, argued for appellees. Also represented by ERIC ALLAN BURESH, Overland Park, KS.

(Prost, Chief Judge, Clevenger and Dyk, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**